AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
| v. | ) |
| | ) Case No. 3:23-cr-00011-1 |
| Scott Howard Jenkins | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Scott Howard Jenkins                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

  Conspiracy, honest services wire and mail fraud, and bribery concerning programs receiving federal funds.

Date:  06/28/2023

*Issuing officer's signature*

S. Melvin, Deputy Clerk

City and state:  Charlottesville, VA

Hon. Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*