# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES – INITIAL APPEARANCE & ARRAIGNMENT

Case No.: 3:23-CR-00011            Date:  6/29/2023

**Defendant:**  
Scott Howard Jenkins (1)  
Rick Tariq Rahim (2)  
Fredric Gumbinner (3)  
James Metcalf (4)

**Counsel:**  
**Andrea Harris - FPD**  
**Rhonda Quagliana - Retained**  
**Thomas Bondurant, Jr. - Retained**  
**Timothy Belevetz - Retained**

PRESENT:  
JUDGE: USMJ – Joel C. Hoppe    TIME IN COURT:  1:26-2:55pm  
Deputy Clerk: Sarah Melvin & Sherry Taylor  
Court Reporter: FTR Gold  
U. S. Attorney: AUSA Heather Carlton and Melanie Smith  
USPO: USPO Jasmine Davis and Sarah Goodwin  
Case Agent:  
Interpreter:

- [x] Arraignment for Defendant Scott Howard Jenkins not held; to be scheduled with his retained attorney.
- [ ] Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
- [x] Defendants' state that their true names are Scott Howard Jenkins, Rick Tariq Rahim, Fredic Gumbinner, and James Metcalf.  Defendants given copy of Indictment.
- [x] Defendants' waive reading of Indictment.
- [ ] Indictment or Information read.
- [x] Defendants Rahim, Gumbinner, and Metcalf are arraigned; all defendant specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANTS PLEAD:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | | | No plea was entered |
| 2 | | Counts 1-9 | | |
| 3 | | Counts 1-5, 8, 9, 12 | | |
| 4 | | Counts 1-5, 10, 11, 15 | | |

☒ Jury or Court trial set for 9/7/2023.
☐ Trial to be set by Clerk upon arrest of all defendants.
☐ Pretrial conference set for Pretrial Conference Date.
☐ Defendant(s) remanded to custody.
☒ Defendants all released on bond.

Additional Information:

Arraignment not held for Defendant Scott Howard Jenkins. Mr. Jenkins indicates he has retained counsel, Mark Schamel who was not able to attend the hearing today. Court will schedule the arraignment for Defendant Jenkins at a later date. Court advises Defendant Jenkins and FPD Harris that attorney Schamel needs to file an appearance.