IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| SCOTT HOWARD JENKINS, ) | Criminal No. 3:23-cr-00011-NKM |
| RICK TARIQ RAHIM, ) | |
| FREDRIC GUMBINNER, and ) | |
| JAMES METCALF, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Celia Choy, of the United States Department of Justice, Public Integrity Section, hereby enters her appearance as counsel on behalf of the United States in this case.

    Respectfully submitted,

    COREY R. AMUNDSON
    CHIEF, Public Integrity Section
    U.S. Department of Justice

    */s/ Celia Choy*
    Trial Attorney
    U.S. Department of Justice
    Public Integrity Section
    1301 New York Avenue NW, 10th Floor
    Washington, DC 20530
    (202) 875-1557
    celia.choy@usdoj.gov

Date: June 30, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

Dated:  June 30, 2023                                         */s/ Celia Choy*
                                                                              Celia Choy, Trial Attorney
                                                                              Public Integrity Section
                                                                              U.S. Department of Justice