APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 3:23CR00011

v.

DATE: 6/29/2023

JENKINS, ET AL

TYPE OF HEARING: IA / ARR

*************************************************************************

PARTIES:

1. Joel C. Hoppe, USMJ
2. AUSA Heather Carlton
3. Sarah Melvin, Dep. Clerk
4. Andrea Harris, FPD, Atty Dft. 1
5. Scott Jenkins, Dft. 1
6. Rhonda Quagliana, Atty Dft. 2
7. Rick Tariq Rahmin, Dft. 2
8. Thomas Bondurant, Atty Dft. 3
9. Fredric Gumbinner, Dft. 3
10. Timothy D. Belevetz, Atty Dft. 4
11. James Metcalf, Dft. 4
12. Jasmine Davis, PO
13. Sarah Goodwin, PO

*************************************************************************

Recorded by: __FTR__                                   Time in Court: 1:26 pm-2:55 pm

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:26 | 1 |  | 1 |  | 1 |  | 1 |  | 5,7,9,11 |
|  | 3 |  | 9 |  | 9 |  | 11 | 1:34 | 1 |
|  | 1 |  | 1 |  | 1 |  | 1 | 1:53 | 2 |
|  | 2 |  | 11 |  | 11 |  | 5 |  | 1 |
|  | 4,6,8,10 | 1:29 | 1 |  | 10 |  | 1 |  | 5 |
| 1:27 | 1 |  | 5 |  | 1 |  | 7 |  | 7 |
| 1:28 | 5,7,9,11 |  | 1 | 1:32 | 5 |  | 1 |  | 9 |
|  | 1 |  | 5 |  | 1 |  | 9 |  | 11 |
|  | 5 |  | 1,5 |  | 7 |  | 1 |  | 1 |
|  | 1 |  | 1 |  | 1 |  | 11 |  | 2 |
|  | 7 |  | 7 |  | 9 | 1:33 | 1 |  | 1 |

Case No.: #3:23CR11   Style of Case: Style   Date: date 6/29/2023

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
|  | 5 |  | 3 | 2:20 | 10 | 2:36 | 1,6 |  |  |
|  | 1 |  | 8,12 |  | 8 |  | 1,2 |  |  |
|  | 7 | 2:00 | 1 |  | 1 |  | 1 |  |  |
|  | 1 |  | 2,1 | 2:24 | 8,1 | 2:39 | 2,4 |  |  |
|  | 9 |  | 2,1 |  | 2,1 |  | 1 |  |  |
|  | 1 |  | 4,1 |  | 10,1 |  | 13 |  |  |
|  | 11 | 2:03 | 1,6 |  | 6,1 |  | 1 |  |  |
|  | 1 |  | 1,8 | 2:26 | 1,2 | 2:41 | 1 |  |  |
|  | 6 |  | 1 |  | 10,86,1 | 2:53 | 1 |  |  |
| 1:55 | 1 | 2:06 | 10,1 |  | 2 |  | 4,1 |  |  |
|  | 7 |  | 2 |  | 13 |  | 2 |  |  |
|  | 6,1 |  | 1,2 |  | 1 |  | 4 |  |  |
|  | 7,1 |  | 1 |  | 4 |  | 1,2 |  |  |
|  | 7 | 2:11 | 2 |  | 1,4 |  |  |  |  |
|  | 1,8 |  | 4 |  | 1,6 |  |  |  |  |
| 1:57 | 1,9 |  | 2 |  | 1,8 |  |  |  |  |
|  | 1,8,1 | 2:14 | 4 |  | 1,10 |  |  |  |  |
|  | 9 |  | 1 |  | 4 |  |  |  |  |
| 1:58 | 10,1 |  | 2,1 | 2:30 | 1 |  |  |  |  |
|  | 1,11 |  | 1,4 |  | 2,1 |  |  |  |  |
| 1:59 | 10 | 2:17 | 1,6 |  | 2,1 |  |  |  |  |
|  | 1,11 |  | 1,8 |  | 2,4 |  |  |  |  |
|  | 1,11,1 |  | 1 |  | 6,2 |  |  |  |  |