AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

United States of America
v.

Scott Howard Jenkins

Case No. 3:23-cr-00011-1

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Scott Howard Jenkins

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, honest services wire and mail fraud, and bribery concerning programs receiving federal funds.

Date: 06/28/2023

*Issuing officer's signature*

City and state: Charlottesville, VA

Hon. Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* June 28, 2023, and the person was arrested on *(date)* June 29, 2023
at *(city and state)* Charlottesville, VA.

Date: 7/5/2023

*Arresting officer's signature*

Andrew Clouser / Special Agent
*Printed name and title*