# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-cr-00011 |
| v. | ORDER |
| SCOTT HOWARD JENKINS, *et al.*, | |
| *Defendants.* | JUDGE NORMAN K. MOON |

    If a Plea Agreement is going to be executed for Defendants, it is **ORDERED** that such Plea Agreement be executed no later than **fourteen (14) days** before trial. Except for good cause shown, failure of Defendants to execute a Plea Agreement on or before fourteen days before trial may result in loss of acceptance of responsibility.

    Counsel shall advise the Clerk of Court no later than **fourteen (14) days** before trial whether Defendants have executed a Plea Agreement or Defendants intend to plead guilty without a plea agreement.

    It is so **ORDERED**.

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this 11th day of July, 2023.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE