UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-cr-00011 |
| v. | CRIMINAL PRETRIAL ORDER |
| SCOTT HOWARD JENKINS, *et al.*, | |
| *Defendants.* | JUDGE NORMAN K. MOON |

This criminal case is set for a jury trial on September 7, 2023 in Charlottsville, Virginia. The Government and Defendants are **ORDERED** to file the following pre-trial submissions on or before these deadlines[*]:

1. Any case-specific questions for a jury questionnaire shall be filed no later than **fourteen (14) days** before trial.

2. Any motion(s) *in limine* or other pretrial motions shall be filed no later than **fourteen (14) days** before trial, pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure. A motion must state the grounds on which it is based and the relief or order sought. Motions raising questions of law must be supported by legal memoranda filed contemporaneously therewith.

3. Any party opposing a motion *in limine* or other pretrial motion shall file a written response and legal memorandum **within seven (7) days** of the filing of the motion (or within

---

[*] If the trial is continued to a later date, these submission deadlines will apply as to the new trial date.

1

seven (7) days of this order if a motion and supporting brief were served before this order).

    4.    The parties shall file proposed jury instructions and any proposed verdict form no later than **seven (7) days** before trial. A party's failure to timely file proposed jury instructions may constitute waiver. If a party has a specific objection to a proposed instruction from the opposing party, counsel shall notify opposing counsel and the Court no later than **three (3) business days** before trial.

    5.    Any proposed questions for *voir dire* shall be filed no later than **seven (7) days** before trial.

    6.    Any witness and exhibit lists shall be filed no later than **three (3) business days** before trial.

    7.    **On or about fourteen (14) days** before trial, the parties shall contact Carmen Amos, Scheduling Clerk, at (434) 847-5722, to arrange a final pretrial conference before trial. Should the parties wish to schedule another hearing in this matter, they shall confer as to each party's availability and contact Carmen Amos to schedule a hearing.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send this Order to all counsel of record.

Entered this 11th day of July, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE