IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No.: 3:23-cr-00011-NKM-JCH-1 |
| SCOTT HOWARD JENKINS, | ) |
| Defendant. | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

Undersigned counsel hereby enters a limited appearance on behalf of Defendant Scott Howard Jenkins in the above-entitled action for the arraignment hearing. Counsel is admitted or otherwise authorized to practice in this court.

Date: July 13, 2023                                 Respectfully submitted,

　/s/ Nicholas M. DePalma
Nicholas M. DePalma, VSB 72886
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalma@venable.com

*Counsel for Defendant Scott Howard Jenkins*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July 2023, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

    /s/ Nicholas M. DePalma
Nicholas M. DePalma