# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Scott Howard Jenkins

Case No.: 3:23CR00011

Date: 7/14/23

Time in Court: 10:16 - 10:20 = 4 min.

TYPE OF HEARING: Arr.

********************************************************************************

### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe
2. AUSA – Sean Welsh
3. Dft - Jenkins
4. Def Atty - Nicholas DePalma
5. 
6. PO - Andrew Lightner
7. 
8. 
9. deputy clerk - Karen Dotson
10. 

********************************************************************************

Recording saved to C'ville I: drive (ctrm 3)     RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 10:16 | 1,9 | | | | | | | | |
| | 1,2 | | | | | | | | |
| | 1,4 | | | | | | | | |
| | 1 | | | | | | | | |
| 17 | 3,1 | | | | | | | | |
| | 4,1 | | | | | | | | |
| | 3,1 | | | | | | | | |
| | 3,1 | | | | | | | | |
| | 3,1 | | | | | | | | |
| 19 | 2,1 | | | | | | | | |
| | 4,1 | | | | | | | | |
| | 4,1 | | | | | | | | |
| 20 | 1 | | | | | | | | |