IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - ARRAIGNMENT

Case No.: 3:23cr00011        Date: 7/14/23

**Defendant:** Scott Howard Jenkins, bond        **Counsel:** Nicholas Martin DePalma, retained

PRESENT:
- JUDGE: Joel C. Hoppe, USMJ        TIME IN COURT: 10:16-10:20=4 minutes
- Deputy Clerk: Karen Dotson
- Court Reporter: Karen Dotson, FTR
- U. S. Attorney: Sean Welsh present for Heather Carlton
- USPO: Andrew Lightner
- Case Agent: SA Clouser
- Interpreter: n/a

- ☐ Arraignment and plea continued to New Date.
- ☐ Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
- ☒ Defendant states that true name is same as above. Defendant given copy of Indictment.
- ☒ Defendant(s) waives reading of Indictment.
- ☐ Indictment or Information read.
- ☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | cts. 1-16 |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

- ☒ Jury trial set for Sept. 7, 2023 before Hon, Moon.
- ☐ Trial to be set by Clerk upon arrest of all defendants.
- ☐ Pretrial conference set for Pretrial Conference Date.
- ☐ Defendant(s) remanded to custody.
- ☒ Defendant(s) released on bond.

Additional Information:
All parties present in person
Atty noted his appearance, atty status hrg not needed
Dft states he is 51 yoa, completed high school and some college, not taking any meds that alter his thinking
Dft to contniue on bond