# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 3:23cr00011                    Date: 8/3/23

**Defendant:** Scott Howard Jenkins, bond            **Counsel:** not present

PRESENT:    JUDGE:            Joel C. Hoppe, USMJ    TIME IN COURT: 11:24-11:30=6 minutes
            Deputy Clerk:     Karen Dotson
            Court Reporter:   Karen Dotson, FTR
            U. S. Attorney:   Heather Carlton & Melanie smith
            USPO:             Andrew Lightner
            Case Agent:       not present
            Interpreter:      n/a

PROCEEDINGS:
All parties present in person
Court tells the defendant that his attorney needs to note his appearance on the record
Attorney status hearing set for 8/9/23 at 12:00 pm
Hearing to be cancelled if a defense attorney notes his appearance
Dft to continue on bond