# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Scott Howard Jenkins

Case No.: 3:23CR11

Date: 8/3/23

Time in Court: 11:24-11:30 = 6 min.

TYPE OF HEARING: Status Conf.

*************************************************************************

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. AUSA - Heather Carlton
3. Dft - Jenkins
4. Def Atty - not present
5.
6. PO - Andrew Lightner
7.
8.
9. deputy clerk - Karen Dotson
10.

*************************************************************************

Recording saved to Charlottesville I drive - ctrm 1         RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:24 | 1,9 |  | 2,1 |  |  |  |  |  |  |
|  | 1,2 |  |  |  |  |  |  |  |  |
|  | 1,3 |  |  |  |  |  |  |  |  |
|  | 1 |  |  |  |  |  |  |  |  |
| 25 | 3,1 |  |  |  |  |  |  |  |  |
|  | 3,1 |  |  |  |  |  |  |  |  |
|  | 3,1 |  |  |  |  |  |  |  |  |
| 27 | 3,1 |  |  |  |  |  |  |  |  |
|  | 3,1 |  |  |  |  |  |  |  |  |
| 28 | 2,1 |  |  |  |  |  |  |  |  |
| 29 | 9,1 |  |  |  |  |  |  |  |  |
| 30 | 2,1 |  |  |  |  |  |  |  |  |
|  | 3,1 |  |  |  |  |  |  |  |  |