# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**UNITED STATES OF AMERICA**

**CASE NO.:** 3:23-cr-00011-1

v.

**DATE:** 8/9/2023

**SCOTT HOWARD JENKINS**

**TYPE OF HEARING:** Status Conference

********************************************************************************

**PARTIES:**

1. Joel C. Hoppe, USMJ
2. AUSA – Heather Carlton
3. Dft – Scott Jenkins
4. Dft Atty – Not present
5. Deputy Clerk – Sarah Melvin
6. 
7. 
8. 
9. 
10. 

********************************************************************************

**Recorded by:** FTR Gold                          **Time in Court:** 12:03-12:09 PM=6 Mins.

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 12:03 | 1, 5, | | | | | | | | |
| | 1, 2, 3 | | | | | | | | |
| | 1 | | | | | | | | |
| 12:04 | 1 | | | | | | | | |
| | 3 | | | | | | | | |
| 12:05 | 1, 2 | | | | | | | | |
| 12:06 | 1, 2 | | | | | | | | |
| | 1 | | | | | | | | |
| 12:07 | 1, 3 | | | | | | | | |
| 12:08 | 1, 3, 2 | | | | | | | | |
| 12:09 | 1, 5, 1 | | | | | | | | |