# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 3:23cr00011                     Date: 8/16/2023

Defendant: Scott Howard Jenkins, bond            Counsel: not present

PRESENT:
- JUDGE: Joel C. Hoppe, USMJ    TIME IN COURT: 12:06-12:08=2 minutes
- Deputy Clerk: Karen Dotson
- Court Reporter: Karen Dotson, FTR
- U. S. Attorney: Heather Carlton
- USPO: not present
- Case Agent: not present
- Interpreter: n/a

PROCEEDINGS:
All parties present in person
Dft advises the court that his attorney has all the information needed from him and the attorney is waiting on final approval from his superior
Follow up attorney status hearing set for 8/23//23 at 1:00 pm
Hearing to be cancelled if defense attorney notes his appearance
Dft to continue on bond