# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

Case No.: 3:23CR11

v.

Date: 8/16/2023

Scott Howard Jenkins

Time in Court: 12:06 - 12:08 = 2 min.

TYPE OF HEARING: Atty Status

*********************************************************************

### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe
2. AUSA – Heather Carlton
3. Dft - Jenkins
4. Def Atty - not present
5. 
6. 
7. 
8. 
9. deputy clerk - Karen Dotson
10. 

*********************************************************************

Recording saved to C'ville I: drive (ctrm 3)    RECORDED BY: Karen Dotson, FTR

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 12:06 | 1,9 | | | | | | | | |
|  | 1,2 | | | | | | | | |
|  | 1,3 | | | | | | | | |
|  | 1,3 | | | | | | | | |
| 7 | 1,3 | | | | | | | | |
|  | 1,2 | | | | | | | | |
|  | 1,9 | | | | | | | | |
|  | 1,2 | | | | | | | | |
|  | 1, | | | | | | | | |
| 8 | 3,1 | | | | | | | | |
|  | 2,1 | | | | | | | | |
|  | 3, | | | | | | | | |
|  |  | | | | | | | | |