# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 3:23cr00011                    Date: 8/23/23

**Defendant:** Scott Howard Jenkins, bond             **Counsel:** Mark Schamel (not admitted)

PRESENT:
- JUDGE: Joel C. Hoppe, USMJ    TIME IN COURT: 1:09-1:18=9 minutes
- Deputy Clerk: Karen Dotson
- Court Reporter: Karen Dotson, FTR
- U. S. Attorney: Ron Huber present for Melanie Smith
- USPO: Andrew Lightner
- Case Agent: not present
- Interpreter: n/a

PROCEEDINGS:
All parties present in person
Mark Schamel is an attorney and is present, he is not admitted to the VA State Bar
Mr. Schamel states he has been respresenting the dft during the investigation stage of this case, however he is not certain he will represent the dft for the remainder of the case
If Mr. Schamel doesn't represent the dft he will assist in the transition to new counsel
Follow up attorney status conference set for 9/6/2023 at 2:30 pm in Charlottesville.
Dft to continue on bond