IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT HOWARD JENKINS,<br><br>Defendant. | Case No. 3:23-CR-00011 |

**ORDER**

On June 28, 2023, the defendant, Scott Howard Jenkins, was charged in a 16-count indictment with conspiracy, federal programs bribery, and honest-services fraud. (ECF 3.)

On June 29, 2023, Jenkins informed the Court that his private counsel was unavailable that day. Accordingly, the Court appointed the Federal Public Defender's Office to represent Jenkins for his initial appearance only. (ECF 10.) On July 13, 2023, Nicholas DePalma of Venable LLP filed a notice of appearance for arraignment purposes only. (ECF 34.) On July 14, 2023, the defendant was arraigned. (ECF 36.)

On August 3, 2023, August 9, 2023, August 16, 2023, and August 23, 2023, Jenkins appeared for status hearings before the Court. Jenkins repeatedly assured the Court that he was in the process of retaining counsel. However, no attorney has entered an appearance of behalf of Jenkins.

Accordingly, pursuant to 18 U.S.C. § 3006A, it is hereby ORDERED that _____ is appointed to represent Jenkins.

It is further ORDERED that Jenkins shall file a completed CJA-23 Financial Affidavit on or before September 13, 2023.

Pursuant to 18 U.S.C. § 3006A(f) and the Criminal Justice Act Plan for the U.S. District Court, Western District of Virginia § IV(B)(2)(g), if the Court determines that Jenkins has funds available to retain counsel, it will order him to pay such funds to the appointed attorney until he retains private counsel.

SO ORDERED.

_____
JOEL C. HOPPE
United States Magistrate Judge