**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

**CRIMINAL MINUTES - GENERAL MINUTES**

**Case No.:  3:23cr00011**                         **Date:  9/6/2023**

**Defendant:  Scott Howard Jenkins, bond**                **Counsel:  not present**

PRESENT:    JUDGE:              Joel C. Hoppe, USMJ    TIME IN COURT:  2:31-2:36=5 minutes
            Deputy Clerk:        Karen Dotson
            Court Reporter:      Karen Dotson, FTR
            U. S. Attorney:      Melanie Smith & Cagle Juhan
            USPO:                not present
            Case Agent:          not present
            Interpreter:         n/a

PROCEEDINGS:
All parties present in person
Dft states he has talked to a couple of attorneys and that attorney is working on getting his notice of appearance entered
Dft requests another status conference be set within a week
Gov't asks for dft to complete a financial affidavit and possibly be appointed an attorney
Court takes motion under advisement
Attorney status conference set for 9/13/23 at 10:00 am
Dft to continue on bond