APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

USA
v.
Scott Howard Jenkins

TYPE OF HEARING: Attorney Status Conference

CASE NO.: 3:23CR00011
DATE: 9/6/23

Time in Court: 2:31-2:36 = 5 min.

*************************************************************************
PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe
2. Govt atty - Melanie Smith
3. Δ - Jenkins
4.
5.
6.
7.
8.
9. deputy clerk – Karen Dotson
10.

*************************************************************************
CD NO(S). Recorded using Cisco Conference Manager     RECORDED BY: Karen Dotson
and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 2:31 | 1,9 | | | | | | | | |
|  | 1,2 | | | | | | | | |
|  | 1,3 | | | | | | | | |
| 32 | 1,3 | | | | | | | | |
| 33 | 1,2 | | | | | | | | |
| 34 | 1 | | | | | | | | |
| 36 | 3,1 | | | | | | | | |