UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 3:23-cr-00011-NKM-JCH-1 |
| **SCOTT JENKINS,** | |
| **Defendant.** | |

**PRAECIPE**

PLEASE NOTE the appearance of the Law Office of Christopher Leibig, as local counsel for the Defendant in the above-captioned matter.

Respectfully submitted,

By Counsel

The Law Office of Christopher Leibig

_*Christopher Leibig*__
Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
421 King Street #505
Alexandria, Virginia 22314
(703) 683 4310
 Chris@chrisleibiglaw.com

## CERTIFICATE OF SERVICE

I, hereby certify, that on the 12th of September3 2023, a copy of this Praecipe was delivered to the United States Attorney's Office.

The Law Office of Christopher Leibig

_Christopher Leibig__
Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
421 King Street #505
Alexandria, Virginia 22314
(703) 683 4310
 Chris@chrisleibiglaw.com