AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:23-cr-00011-NKM-JCH-1 |
| Scott Jenkins | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott Jenkins                                                                                                    .

Date:   09/15/2023

*Philip Andonian*
Attorney's signature

Philip Andonian (DC Bar No. 490792)
*Printed name and bar number*

CalebAndonian PLLC
1100 H Street, NW - Ste. 315
Washington, DC 20005

*Address*

Phil@calebandonian.com
*E-mail address*

(202) 953-9850
*Telephone number*

*FAX number*