IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 3:23-cr-00011-NKM-JCH-1 |
| | ) | |
| SCOTT HOWARD JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned Counsel hereby enters moves to withdraw as counsel of record for Defendant Scott Howard Jenkins in the above-entitled action. Counsel previously entered a limited appearance for the arraignment hearing (#34), which has occurred. Defendant Scott Howard Jenkins has retained new Counsel for the above-entitled action in this Court.

Date: June 28, 2024                                             Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Nicholas M. DePalma
　　　　　　　　　　　　　　　　　　　　　　　　Nicholas M. DePalma, VSB 72886
　　　　　　　　　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　　　　　　　　　8010 Towers Crescent Drive, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　Tysons, VA 22182
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (703) 905-1455
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (703) 821-8949
　　　　　　　　　　　　　　　　　　　　　　　　nmdepalma@venable.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Scott Howard Jenkins under*
　　　　　　　　　　　　　　　　　　　　　　　　*a limited notice of appearance*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2024, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

**Christopher Robert Kennedy Leibig**
Law Offices of Christopher Leibig
421 King Street, #505
Alexandria, VA 22314
202-320-8850
Fax: 703-574-1497
Email: chris@chrisleibiglaw.com

*Attorney for Defendant Scott Howard Jenkins*

**Philip Andonian**
Caleb Andonian PLLC
1100 H Street, N.W., Suite 315
Washington, DC 20005
202-953-9850
Email: phil@calebandonian.com

*Attorney for Defendant Scott Howard Jenkins*

**Michael T. Hemenway**
Attorney at Law
700 E. High Street
Charlottesville, VA 22902
434-296-3812
Fax: 434-293-3630
Email: hemenwaylaw@aol.com

*Attorney for Defendant Tariq Rahim*

**Rhonda Quagliana**
MichieHamlett, PLLC
310 4th Street NE, 2nd Floor
Charlottesville, VA 22902
434-951-7225
Fax: 434-951-7273
Email: rquagliana@michiehamlett.com

*Attorney for Defendant Tariq Rahim*

**Jessiah Steven Hulle**
Gentry Locke Attorneys
10 Franklin Road, SE, Ste. 900
Roanoke, VA 24011
540-983-9416
Fax: 540-983-9400
Email: hulle@gentrylocke.com

*Attorney for Defendant Fredric Gumbinner*

**Thomas Jack Bondurant, Jr.**
Gentry Locke Rakes & Moore
P.O. Box 40013
Roanoke, VA 24022-0013
540-983-9389
Fax: 540-983-9400
Email: bondurant@gentrylocke.com

*Attorney for Defendant Fredric Gumbinner*

**Kyle Thomas Finnegan**
Ice Miller LLP
Litigation
200 W. Madison, Ste. 3500
Chicago, IL 60606
312-726-8130
Email: Kyle.Finnegan@icemiller.com

*Attorney for Defendant James Metcalf*

**Timothy D. Belevetz**
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC 20001
202-572-1605
Email: timothy.belevetz@icemiller.com

*Attorney for Defendant James Metcalf*

**Celia Ruth Choy**
DOJ-Crm
Public Integrity Section
1301 New York Avenue NW, 10th Floor
Washington, DC 20530
202-875-1557
Email: celia.choy@usdoj.gov

*U.S. Attorney*

**Lina Peng**
DOJ-Crm
Public Integrity Section
1301 New York Ave
Washington, DC 20530
202-616-5585
Email: lina.peng@usdoj.gov

*U.S. Attorney*

**Melanie Smith**
DOJ-USAO
Western District of Virginia
255 West Main Street, Suite 130
Charlottesville, VA 22902
434-293-4283
Email: melanie.smith@usdoj.gov

*U.S. Attorney*

 /s/ Nicholas M. DePalma
Nicholas M. DePalma

*Counsel for Defendant Scott Howard Jenkins under a limited notice of appearance*