IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESIVLLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:23-CR-00011 |
| v. | |
| SCOTT HOWARD JENKINS | |

## MOTION TO SEAL

Comes now, the United States of America, by and through Melanie Smith, Assistant United States Attorney for the Western District of Virginia, and moves this Court for an Order sealing the government's Motion filed today in this matter, which has been provided to the court under separate cover. In support of this motion, the government states that the Motion contains sensitive information in which the public is unauthorized to view. Wherefore, the United States requests the Court to seal the government's Motion until further order of the Court.

Respectfully submitted,

CHRISTOPHER KAVANAUGH
United States Attorney

*/s/Melanie Smith*
MELANIE SMITH
VA Bar No. 82663
Assistant United States Attorney
255 West Main Street, Room 130
Charlottesville, VA 22902
 (434) 293-3180
melanie.smith@usdoj.gov

Date: August 27, 2024