IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

**CRIMINAL MINUTES – Status hearing**

Case No.: 3:23cr11                                                              Date: 11/12/2024

**Defendant:** Scott Howard Jenkins          **Counsel:** Philip Andonian, Joseph Caleb

PRESENT:     JUDGE:           Robert S. Ballou     TIME IN COURT: 6 min
             Deputy Clerk:    Kelly Brown/Sarah Melvin
             Court Reporter:  Lisa Blair
             U. S. Attorney:  Celia Choy, Lina Peng, Melanie Smith

PROCEEDINGS:
5:39pm
Status Conference
Parties present. Government is represented by counsel, and defendant is represented by his counsel but not present himself.
Court addresses defendant's attorneys.
Court addresses Government.
Court addresses parties and cites 4th circuit standard. Jury to be notified to report on Thursday morning at 8:30am. Counsel to be present at 11am tomorrow morning, and is to provide any medical records and updates to the Government and the Court as they get information.
Government moves to exclude this time under the Speedy Trial Act.
Adjourned.
5:45pm