# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES – Status hearing

Case No.: 3:23CR11                                   Date: 11/13/2024

**Defendant:** Scott Howard Jenkins          **Counsel:** Philip Andonian, Joseph Caleb

PRESENT:   JUDGE:            Robert S. Ballou      TIME IN COURT: 26 min
           Deputy Clerk:     Kelly Brown
           Court Reporter:   Lisa Blair
           U. S. Attorney:   Celia Choy, Lina Peng, Melanie Smith

PROCEEDINGS:
11:00
Status Conference
Parties present. Gov represented by counsel. Deft's attorneys present, but deft is not.
Court addresses defendants as to why deft is not present. Court will file the medical records under seal that were provided last night.
Defendant motions for a continuance at this time. Gov opposes a continuance. Rebuttal argument.
Court denies motion without prejudice for reasons stated on the record. Jury trial will begin tomorrow morning, 11/14/2024. Empanelment will begin at 9:00am.
Adjourned.
11:26