| | |
|---|---|
| **From:** | Campbell Curry-Ledbetter |
| **To:** | Kelly Brown |
| **Subject:** | FW: U. S. V. Jenkins - 3:23cr11 |
| **Date:** | Thursday, November 14, 2024 8:31:34 AM |
| **Attachments:** | image003.png |
| | S. Jenkins UVA Culpepper discharge paperwork.pdf |

**From:** Phil Andonian <phil@calebandonian.com>
**Sent:** Thursday, November 14, 2024 7:13 AM
**To:** Robert Ballou <RobertB@vawd.uscourts.gov>; celia.choy@usdoj.gov; lina.peng@usdoj.gov; melanie.smith@usdoj.gov; Joseph Caleb <joe@calebandonian.com>
**Cc:** Campbell Curry-Ledbetter <Campbell_CurryLedbetter@vawd.uscourts.gov>
**Subject:** RE: U. S. V. Jenkins - 3:23cr11

**CAUTION - EXTERNAL:**

Good morning, Judge Ballou and counsel.

Mr. Jenkins was admitted to the hospital again sometime in the middle of the night. He was discharged a little while ago (paperwork attached) and is planning to be in court. However, under the circumstances, we intend to renew our motion to continue the trial given Mr. Jenkins's still-precarious condition, including the fact that he lost consciousness again last night, his blood pressure remains at critical levels even with medication, and he seems to be suffering concussion symptoms from hitting his head the other day (based on the note in his papers from UVA). In addition, we are concerned that because Mr. Jenkins has not slept all night, he is not going to be able to effectively participate in jury selection and/or is going to either fall asleep or have another incident in front of the jury, which would be to his prejudice. Finally, we ask that the UVA discharge paperwork be put in the record under seal.

Thanks very much.

Best,

Phil

Philip Andonian | Member
CALEBANDONIAN PLLC
Main: 202.953.9850
Direct: 202.953.9848
Email: phil@calebandonian.com

