UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 2

Case No.: 3:23cr00011　　　　　　　　　　　　　　Date: 11/13/2024

**Defendant:** Scott Howard Jenkins　　　　**Counsel:** Philip Andonian, Joseph Caleb

TIME IN COURT: 8:47-9:03 RECESS. 9:26-9:48
TOTAL TIME: 38 min

PRESENT:　JUDGE:　　　　　Robert S. Ballou
　　　　　　Deputy Clerk:　　Kelly Brown
　　　　　　Court Reporter:　Lisa Blair
　　　　　　U. S. Attorney:　Celia Choy, Lina Peng, Melanie Smith
　　　　　　USPO:　　　　　Angela George

Additional Information:
Parties present and represented by counsel.
Court addresses parties.
Deft renews motion to continue trial. Counsel's email will be filed as a motion to continue, and the medical records will be filed under seal.
Court addresses parties.
Trial continued to 12/11-12/20/2024.
Bond review hearing to be held 11/14 or 11/17 if possible. Deft to touch base with PCP doctor as to his availability over the next week.
Gov motion to exclude speedy trial time. Granted.
Adjourned.