IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| SCOTT HOWARD JENKINS, ) | Case No. 3:23-cr-00011 |
| ) | |
| Defendant. ) | |

**MOTION PURSUANT TO RULE 17(c)(1) OF THE
FEDERAL RULES OF CRIMINAL PROCEDURE**

The United States, by counsel, pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure, hereby requests the Court to issue the following subpoenas:

(1) A subpoena for the Custodian of Records at Fauquier Health, requiring the production of medical documents related to Scott Jenkins's medical treatment at Fauquier Health for the period November 2022 through November 14, 2024.

(2) A subpoena for the custodian of records at UVA Health Culpeper, requiring the production of medical documents related to Scott Jenkins's medical treatment at UVA Health Culpeper for the period November 2022 through November 14, 2024.

(3) A subpoena *duces tecum* for David Miller, MD, the primary care physician who treated Scott Jenkins on November 12, 2024. As it relates to the subpoena *duces tecum*, the Government requests all medical documents related to Scott Jenkins's medical treatment by David Miller, MD, for the period of November 2022 through November 14, 2024.

(4) A witness subpoena for John Doran, DO, the treating physician for Scott Jenkins at his emergency department visit at Fauquier Health on November 12, 2024;

1

(5) A witness subpoena for Will Goodrich, DO, the treating physician for Scott Jenkins at his emergency department visit at UVA Health – Culpeper on November 14, 2024.

These records and testimony are required for the bond modification hearing to assess the defendant's medical condition, which is scheduled for November 22, 2024. The defendant's primary treating physician, David Miller, is anticipated to testify at the hearing. However, because the defendant's claim of unusually high blood pressure during the days previously scheduled for trial depends on an assessment of his pre-existing and chronic medical conditions, the United States submits that a more complete set of medical records and history is needed. In addition, the defendant's reported symptoms, observed condition and evaluation during the emergency room visits are important for the Court have in order to evaluate the nature of the defendant's medical condition during the episodes in question. Although the Court has separately ordered the defense to obtain certain medical records, the United States submits that the subpoenas are nevertheless necessary for completeness of the record and based on the government's obligation to independently obtain them. The United States requests that the records be produced to FBI Special Agent Scott Medearis on or before November 19, 2024, which will then be produced to this Honorable Court and defense counsel in advance of the hearing.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH  
UNITED STATES ATTORNEY

COREY R. AMUNDSON  
CHIEF, Public Integrity Section  
U.S. Department of Justice

By: */s/Melanie Smith*  
   MELANIE SMITH  
   VA Bar No. 82663  
   Assistant United States Attorney  
   255 West Main Street, Room 130  
   Charlottesville, VA 22902  
   (434) 293-3180  
   melanie.smith@usdoj.gov

By: */s/ Lina Peng*  
   CELIA CHOY  
   DC Bar No. 1017211  
   LINA PENG  
   NY Bar No. 5150032  
   Trial Attorneys  
   U.S. Department of Justice  
   Public Integrity Section  
   1301 New York Ave. NW, 10th Fl.  
   Washington, DC 20530  
   (202) 514-1412  
   celia.choy@usdoj.gov  
   lina.peng@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

                                                            */s/ Lina Peng*
                                                            LINA PENG
                                                            Trial Attorney
                                                            Public Integrity Section
                                                            U.S. Department of Justice