IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

November 18, 2024

LAURA A. AUSTIN, CLERK
BY   s/ S. MELVIN
       DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT HOWARD JENKINS, | ) | Case No. 3:23-cr-00011 |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is before the Court on motion by the United States for issuance of subpoenas pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure. The motion is **GRANTED IN PART** and **DENIED IN PART**. The Clerk of the Court is hereby **ORDERED** to issue the following subpoenas, to require compliance with respect to document production on or before November 21, 2024 at 12:00pm:

(1) A subpoena for the Custodian of Records at Fauquier Health, requiring the production of medical documents related to Scott Jenkins's medical treatment at Fauquier Health for the period November 1, 2024 through November 14, 2024.

(2) A subpoena for the custodian of records at UVA Health Culpeper, requiring the production of medical documents related to Scott Jenkins's medical treatment at UVA Health Culpeper for the period November 1, 2024 through November 14, 2024.

(3) A subpoena *duces tecum* for David Miller, MD, the primary care physician who treated Scott Jenkins on November 12, 2024.  As it relates to the subpoena *duces tecum*, the Government requests all medical documents related to Scott Jenkins's medical treatment by David Miller, MD, for the period of November 1, 2022 through November 14, 2024.

(4) A witness subpoena for John Doran, DO, the treating physician for Scott Jenkins at his emergency department visit at Fauquier Health on November 12, 2024, to appear either in person or by Zoom for testimony on November 22, 2024;

(5) A witness subpoena for Will Goodrich, DO, the treating physician for Scott Jenkins at his emergency department visit at UVA Health – Culpeper on November 14, 2024, to appear either in person or by Zoom for testimony on November 22, 2024.

The Government is **ORDERED** to contact the witnesses regarding compliance with the subpoenas and to notify the witnesses of the ability to testify by Zoom. If the witnesses would like to testify remotely, the Government shall ensure that the witnesses have access to Zoom.

ENTERED: November 18, 2024

*Robert S. Ballou*
_____
HON. ROBERT S. BALLOU
UNITED STATES DISTRICT JUDGE