# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Division DIVISION

### CRIMINAL MINUTES – Bond Review Hearing

**Case No.: 3:23cr11**                                  **Date: 11/22/2024**

---

**Defendant: Scott Howard Jenkins, bond**              **Counsel: Philip Andonian, Joseph Caleb**

---

TIME IN COURT:  11:04-1:20, RECESS, 1:35-2:09
TOTAL TIME 2:50

PRESENT:        JUDGE:              Robert S. Ballou
                Deputy Clerk:       Kelly Brown
                Court Reporter:     Lisa Blair
                U. S. Attorney:     Celia Choy, Lina Peng, Melanie Smith
                USPO:               Mariana Salazar

### LIST OF WITNESSES

GOVERNMENT:                           DEFENDANT:
1. John Doran, MD, sworn. (ZOOM)      1.
2. David Brooke Miller, MD, sworn (ZOOM)   2.
3. Will Goodrich, MD, sworn           3.
4. Andrew Clouser, FBI, sworn         4.
5. Mariana Salazar, USPO, sworn

### PROCEEDINGS:

☒    Government presents evidence.
☐    Defendant presents evidence.

☐    Government Motion for (list any applicable motions).
     ☐ Court grants.  ☐ Court denies.
☐    Defendant Motion for (list any applicable motions).
     ☐ Court grants.  ☐ Court denies.

☐    The Court makes finding that the Defendant has violated the terms and conditions of pretrial release, and
     ☐ revokes the Defendant's bond, and remands to custody pending further proceedings.
     ☐ continues the Defendant on bond ☐ with the amended conditions as noted below.

Proceedings:
11:04
Parties present and represented by counsel.
Court addresses parties.
Gov is asking for Court to modify conditions of release to revoke bond the week prior to trial to ensure that deft is
     taking his medication and receiving medical help in a facility.
Deft's position is that no conditions need to be modified.
Evidence.  John Doran, MD, sworn, appearing by ZOOM  Gov moves all Fauquier County records in as Gov Ex 2
     (12 pages- treatment notice and discharge paperwork).  (Exhibit docketed under seal at DE237.)  Cross.  No
     redirect.  Witness excused.  David Brooke Miller, MD, sworn, appearing by ZOOM.  Cross.  Court
     addresses witness.  Redirect.  Witness excused.  Will Goodrich, MD, sworn.  Gov Ex.4 Culpeper Medical
     Center medical records.  (Exhibit docketed under seal at DE237.)  Cross.  Court addresses witness.  No

redirect.  Witness excused.   Andrew Clouser, FBI, sworn. Gov exhibit 1 (audio file of morning of defendant's self-surrender and arrest), marked and admitted.   No cross. No redirect.  Witness excused. Mariana Salazar, USPO, sworn. Cross. No redirect. Witness excused.   Gov proffers additional information and exhibits.  Gov Ex 5, USM130 Form, marked and admitted under SEAL.  Gov proffers testimony of Rachel Gaddis, medical unit employee at ARCJ.  Testimony of medical facility, nursing staff and medical care. Gov Ex 6, Pretrial Report DE32—Court takes judicial notice. Gov Ex 7-email correspondence between parties from 11/13/2024 and the Court's response.

1:20
Recess
1:35
Parties reconvened.
Evidence proffered by Deft.
Argument.  No rebuttal.
Court addresses defendant.
Court will amend conditions of release.  Deft is to 1) follow all of his physician's orders, 2) take all medications as prescribed, 3) deft to be followed by local community board or physician of his choose for medication compliance, 4) deft to be evaluated for counseling as relates to stress and anxiety by the local community board or by a physician of his choosing.  Evaluation to be done no later than 12/4/2024.  USPO can help with that.  Deft is to follow up with any recommendations, 5) deft to sign a medical authorization allowing USPO access to treatment records for compliance reasons.  6) Deft to notify USPO of any unscheduled medical appointments/trips to the ER.

Gov's request for deft to be taken into custody is TUA.  Court has spoken with the USMS and is satisfied based upon medical recorded that we have, that if we have a repeat of events from last week that it will be considered to have the USMS effort the deft to court and then deft will be placed into custody for medical compliance and appearances in court.

USPO requests that if deft is recommended for mental health counseling that he is to continue in that counseling for as long as he is under pretrial release.  Deft is to be in contact with USPO on a weekly basis and to keep her informed of medical appointments.

With respect to firearms, not to have them in household, not to possess them or stay overnight in a household that has firearms on the premises.

Adjourned.
2:09