CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 22 2024

LAURA A. AUSTIN, CLERK
BY: _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No.: 3:23-cr-00011
)
SCOTT HOWARD JENKINS )

## ORDER

The Defendant appeared before this Court for a bond review hearing this day. This Order is an amendment to DE [11], Order Setting Conditions of Release, entered on June 29, 2023, specifically:

ADDING the following on page 2 of the document as conditions of bond:

**Condition 8(x):** Defendant is to follow all of his physician's orders.

**Condition 8(y):** Defendant is to take all prescribed medications as prescribed.

**Condition 8(z):** Defendant is to be followed by his local community board or a medical provider of his choice for medication compliance.

**Condition 8(aa):** Defendant is to be evaluated for counseling related to stress and anxiety by the local community board or by a medical provider of his choice. The evaluation is to be completed no later than 12/4/2024. Defendant is to follow up on any recommended treatment.

**Condition 8(bb):** Defendant is to sign a medical authorization allowing his supervising officer to have access to all treatment records and providers for compliance.

**Condition 8(cc):** Defendant is to immediately notify his supervising officer of any scheduled medical appointments and if he seeks medical treatment on an unscheduled or emergency basis.

**Condition 8(dd):** Defendant is to be in contact with his supervising officer on a weekly basis and to keep her informed of his medical appointments.

**Condition 8(ee):** Defendant not allowed to possess firearms, destructive devices or other dangerous weapons. Defendant is not allowed to have these things in his household and is not allowed to stay overnight in a household that has firearms on the premises.

All other terms of defendant's bond in this case remain the same.

It is so **ORDERED**.

Entered: Nov. 22, 2024

Robert S. Ballou
United States District Judge

_____
Signature of Defendant

_____
Signature of Supervising Officer