✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

United States of America
v
Scott Howard Jenkins

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23cr11

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert S. Ballou | Celia Choy, Lina Peng, Melanie Smith | Philip Andonian, Joseph Caleb |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 11/22/2024 | Lisa Blair | Kelly Brown |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| x | | 11/22/2024 | | | John Doran, MD, sworn | |
| 2 | | 11/22/2024 | | | Ex 2-treatment notice and discharge paperwork (filed under seal at DE237 | Doran |
| x | | 11/22/2024 | | | David Brooke Miller, MD, sworn | |
| x | | 11/22/2024 | | | Will Goodrich, MD, sworn | |
| 4 | | 11/22/2024 | | | Ex 4-Culpeper Medical Center medical records (filed under seal at DE 237) | Goodrich |
| x | | 11/22/2024 | | | Andrew Clouser, FBI, sworn | |
| 1 | | 11/22/2024 | x | x | Ex 1, audio file of morning of deft's self surrender and arrest in FBI office. | Clouser |
| x | | 11/22/2024 | | | Mariana Salazar, USPO, sworn | |
| 5 | | 11/22/2024 | x | x | Ex 5, USM130 Form (to be filed under SEAL) | |
| 6 | | 11/22/2024 | | | Ex 6, Pretrial Report (filed at DE32) | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1