IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SCOTT HOWARD JENKINS, | )   Criminal No. 3:23-cr-00011-RSB |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION NO. 2**

It is hereby stipulated and agreed between the United States and defendant Scott Howard Jenkins, by and through undersigned counsel, that:

Jack Henry & Associates does not have any data centers or servers in the Commonwealth of Virginia.

FOR THE UNITED STATES:

_____
Celia Choy
Melanie Smith
Lina Peng
*Counsel for the United States*

FOR THE DEFENDANT:

_____
Scott Howard Jenkins

_____
Philip Andonian
Joseph Caleb
*Counsel for Defendant Scott Howard Jenkins*