AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: Celia Choy | TELEPHONE NUMBER: 202-514-1412 |
|---|---|---|
| DATE OF REQUEST: 11/28/24 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): Celia.Choy@usdoj.gov | |
| MAILING ADDRESS: 1301 New York Ave., NW, 10th Floor | | CITY, STATE, ZIP CODE: Washington, DC 20530 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Lisa M. Blair  OR   CHECK HERE [ ]  IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER: 3:23-cr-00011 | CASE NAME: USA v. Scott Jenkins | JUDGE'S NAME: Robert Ballou |
| DATE(S) OF PROCEEDING(S): Dec. 11-13, 16-20, 2024 | TYPE OF PROCEEDING(S): Jury Trial | LOCATION OF PROCEEDING: CHARLOTTESVILLE |

REQUEST IS FOR: (*Select one*)  [✓] FULL PROCEEDING  OR  [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

[ ] Ordinary (30-Day)        [✓] Daily

[ ] 14-Day                   [ ] Hourly

[ ] Expedited (7-Day)        [ ] RealTime

[ ] 3-Day

4. **CERTIFICATION:**  By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 11/28/2024 | /s/ Celia R. Choy |

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.