# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION
## CRIMINAL MINUTES - PRETRIAL CONFERENCE

Case No.:3:23cr11                                         Date: 12/10/2024

---

**USA v. Scott Howard Jenkins**

**Defendant(s): Scott Howard Jenkins**          **Counsel: Philip Andonian, Joseph Caleb**

---

**Time in Court:** 11:00-12:49
**Total Time:** 1hr 49 min

**PRESENT:**   Judge: Robert S. Ballou
Deputy Clerk: Kelly Brown
Court Reporter: Lisa Blair
U. S. Attorney: Celia Choy, Lina Peng, Melanie Smith

(X) Proceeding to Trial
(X) Deft. remains on bond
(X) Motions hearing held. DE 242 Motion in Limine to Preclude Improper Impeachment by USA. Argument. Overruled.

Parties present and represented by counsel.
Courthouse will be open by 8am tomorrow morning, jurors to report at 8:15am.
Court reviews jury selection process, witnesses, exhibits, stipulations, trial logistics and procedures.
Court reviews jurors previously excused with parties. Parties proffer additional pre-trial strikes. Discussions.
No further discovery issues.
Court will provide an updates master list of jurors to parties this afternoon.
Court addresses parties.
Adjourned.