UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 1

Case No.: 3:23cr11                                        Date: 12/11/2024

**Defendant:** Scott Howard Jenkins          **Counsel:** Philip Andonian, Joseph Caleb

TIME IN COURT: 8:59-9:19; 9:41- 11:31; 11:57-1:10; 2:13-4:02; 4:15-5:34  TOTAL TIME: 6 hours 31 min

PRESENT:   JUDGE:             Robert S. Ballou
           Deputy Clerk:      Kelly Brown
           Court Reporter:    Lisa Blair
           U. S. Attorney:    Celia Choy, Lina Peng, Melanie Smith
           Agents:            Scott Mederis, Andrew Clouser- FBI

PROCEEDINGS:
   68 present jurors present and sworn on Voir Dire.
   15 struck jurors struck for cause.
   8 jurors struck by Government.
   11 jurors struck by Defendant.
   15 jurors sworn member jury impaneled and sworn. Remaining jurors discharged.
☒  Preliminary remarks and instructions to jury by Court.
☒  Witnesses excluded from courtroom as previously motioned for and granted at the pretrial conference.
☒  Defendant remains on bond.

Additional Information:
Parties present and represented by counsel.
Housekeeping matters taken up.
Lafler-Frye hearing held.
Court addresses parties regarding Voir Dire and a closed courtroom.
Witness excluded from courtroom. Members of the public consolidated on back row of courtroom.
Venire arrives 9:48
Venire excused at 11:22 to remain in hallways of this floor for challenges for cause out of their presence. Courtroom remains open. Parties to take 5 min to make list of jurors, then will take a quick comfort break.
11:31
Recess.

11:57
Parties present and represented by counsel.
Challenge for cause outside of the presence of the jury:  Birkelund.  Falls.  Meade.  Blauvelt.  Rhoden. Stanley. Wilson.  Fulkerson. Ingram. Gilmore. Forscht. Krick.
1:10
Recess for lunch.
2:13
Parties present and represented by counsel.
Challenges for cause continued:  Powell.  Long. McCarthy.  Roelofs. Moubray. McDaniel.  Monroy.  Cohen.  Haislip.  Taylor.  Weiss.  Southard.  Patrizia.  Memery.  Bilyard.  Byers. Reed. Thomas.  Bailey.
Discussion of agreed upon excused jurors.  Dill and Chisholm excused and allowed to go home.
4:02
Recess
4:15
Parties present and represented by counsel.
Venire returns 4:41
Court addresses venire while attorneys make peremptory strikes.
Jury sworn and seated.  No objections from the parties.
Jury asked to return to the courthouse at 8:45am tomorrow morning.
Jury excused for the evening 5:32
Court addresses parties.  Opening statements will begin promptly at 9am.
Parties excused for the evening.
Adjourned.
5:34