# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES – JURY TRIAL
#### Day 2

**Case No.:  3:23cr11**          **Date:  12/12/2024**

---

**Defendant:  Scott Howard Jenkins**          **Counsel:  Philip Andonian, Joseph Caleb**

---

TIME IN COURT:  8:53-10:37; 10:55-12:49; 1:50-3:53; 4:04-5:46
TOTAL TIME: 7hrs 23 min

PRESENT:      JUDGE:                Robert S. Ballou  TIME IN COURT:
             Deputy Clerk:          Kelly Brown
             Court Reporter:        Lisa Blair
             U. S. Attorney:        Celia Choy, Lina Peng, Melanie Smith
             Case Agent:            Scott Mederis, Andrew Clouser- FBI

### LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1.Peter Siebel, sworn<br>2. Rick Rahim, sworn | 1. |

PROCEEDINGS:
☒   Joint Motion to Exclude Witnesses from Courtroom.  Court grants motion.
☒   Opening Statements by counsel.
☒   Government presents evidence. Peter Siebel, sworn, retired Sheriff's office deputy.
     Multiple Exhibits admitted without objection. Ex 429, m/a. Ex 4, m/a. Jury excused
     10:36. Court addresses witness.  Recess 10:37.  Reconvene 10:55.  Housekeeping
     matters.  Jury returns 10:58. Court addresses jury regarding the video recording
     transcription and Ex 429, redacted license.  Cross.  Redirect. Witness is excused.  Rick
     Rahim, sworn.  Bench conference. Evidence resumes.  Ex 102, m/a. Ex 103, m/a.  Ex
     729, m/a. Ex 124, m/a.  Ex 120, m/a. Ex 121, m/a.  Jury recessed 12:47. Court addresses
     witness.  Court addresses parties.  Recess 12:49. Reconvene 1:50.  Housekeeping matters.
     Jury returns 1:53. Evidence continues.  Witness Rahim remains under oath.  Ex 730, m/a.
     Ex's 408, 433, both m/a. Ex 127, m/a. Ex 720,m/a. Ex112 m/a. Ex 722, m/a. Ex 732, m/a.
     Ex 119, m/a. Ex 731,m/a. Ex 510 (same as Ex 439), m/a. Ex 432, 108, 507, 508, 509- all
     m/a. Ex 446, m/a.  Ex 511 (firearm) shown to jury. Ex 447 (photo of same firearm at Ex
     511), m/a. Ex 437, m/a. Ex 114, m/a. Ex 125, m/a.  Jury recessed 3:49. Witness excused
     from the courtroom.  Housekeeping.  Recess 3:53. Reconvene 4:04. Jury returns 4:05.
     Evidence continues.  Ex 115, m/a. Ex 117, m/a.  Cross.  Ex 1, Marked up copy of Plea
     Agreement used to refresh memory of witness but not moved in.  Gov Ex 103 previously
     m/a, reviewed.

Gov Ex 104 reviewed but not m/a.  Gov Ex 120 reviewed.  Gov Ex 730 reviewed.  Gov Ex 127 reviewed.  Gov Ex 115 reviewed.  Gov 307 reviewed.  No redirect.  Witness is excused.  Court addresses jury, asking them to be back tomorrow morning at 8:45am.  Jury excused for the evening 5:41. Court addresses parties. Gov has several witnesses lined up for tomorrow.  Court reviews pretrial order and BOX requirements for exhibits.  Parties to be present by 8:45am tomorrow.  Adjourned. 5:46

☒      Defendant remains on bond.

<u>Additional Information:</u>
Parties present and represented by counsel.
Courtroom is closed to speak to a juror with personal issues. Parties and defendant present.
         Letter from physician will be docketed under seal.  Court addresses juror. Juror removed from courtroom.  Court addresses parties.  Parties do not oppose excusing the juror.  First alternate has now become juror.
Courtroom reopened. Court addresses parties.
Jury returns 9:09