✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

United States of America
v
Scott Howard Jenkins

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23cr00011

| PRESIDING JUDGE<br>Robert S. Ballou | | | PLAINTIFF'S ATTORNEY<br>Celia Choy, Lina Peng, Melanie Smith | | DEFENDANT'S ATTORNEY<br>Philip Andonian, Joseph Caleb | |
|---|---|---|---|---|---|---|
| TRIAL DATES<br>12/12/2024 | | | COURT REPORTER<br>Lisa Blair | | COURTROOM DEPUTY<br>Kelly Brown | |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
| X | | 12/12/2024 | | | Peter Siebel, sworn, retired Sheriff's office deputy | |
| | | | | | | |
| 301-325 | | 12/12/2024 | X | X | Exhibits admitted without objection | |
| 601-636 | | 12/12/2024 | X | X | Exhibits admitted without objection | |
| 701 | | 12/12/2024 | X | X | Exhibits admitted without objection | |
| 703-719 | | 12/12/2024 | X | X | Exhibits admitted without objection | |
| 723-727 | | 12/12/2024 | X | X | Exhibits admitted without objection | |
| 743-747 | | 12/12/20240 | X | X | Exhibits admitted without objection | |
| 802 | | 12/12/2024 | X | X | Exhibits admitted without objection | |
| | | | | | | |
| 726 | | 12/12/2024 | X | X | CCSO Job Application Form | Siebel |
| 727 | | 12/12/2024 | X | X | CCSO Release Form | Siebel |
| 723 | | 12/12/2024 | X | X | CCSO General Order 1-15 | Siebel |
| 708 | | 12/12/2024 | X | X | James Metcalf Oath Order | Siebel |
| 709 | | 12/12/2024 | X | X | James Metcalf Oath of Office | Siebel |
| 429 | | 12/12/2024 | X | X | Photo of Pete Siebel Phone with UC-2 DL | Siebel |
| 4 | | 12/12/2024 | X | X | Video recording dated 8/25/2022 | Siebel |
| X | | 12/12/2024 | | | Rick Rahim, sworn | |
| 102 | | 12/12/2024 | X | X | Email from Rick Rahim to Kevin Rychlik dated 6/272019 | Rahim |
| 103 | | 12/12/2024 | X | X | Email from Rich Rahim to Kevin Rychlik dated 8/3/2019 | Rahim |
| 729 | | 12/12/2024 | X | X | 2019 Rick Rahim Newberry Loan | Rahim |
| 124 | | 12/12/2024 | X | X | Text message chain involving Scott Jenkins and Rick Rahim dated Sept 2019 | Rahim |
| 120 | | 12/12/2024 | X | X | Text message chain involving Scott Jenkins and Rick Rahim dated 2019 | Rahim |
| 121 | | 12/12/2024 | X | X | Subset of text message chaings involving Scott Jenkins and Rick Rahim dated 2019 through 2020 | Rahim |
| 730 | | 12/12/2024 | X | X | 2019 Lease agreement for Sperryville | Rahim |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 1 of 2

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

United States of America
V
Scott Howard Jenkins

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23cr00011

| PRESIDING JUDGE Robert S. Ballou | | | PLAINTIFF'S ATTORNEY Celia Choy, Lina Peng, Melanie Smith | | | DEFENDANT'S ATTORNEY Philip Andonian, Joseph Caleb | |
|---|---|---|---|---|---|---|---|
| TRIAL DATES 12/12/2024 | | | COURT REPORTER Lisa Blair | | | COURTROOM DEPUTY Kelly Brown | |
| 408 | | 12/12/2024 | X | X | Aerial photograph of Sperryville Pike property | | Rahim |
| 433 | | 12/12/2024 | X | X | Aerial photograph of Sperryville Pike Property, wide view | | Rahim |
| 127 | | 12/12/2024 | X | X | Text message chain involving Scott Jenkins and Rick Rahim dated Oct 2019 re Voting | | Rahim |
| 720 | | 12/12/2024 | X | X | Rick Rahim Firearms Restoration Petition | | Rahim |
| 112 | | 12/12/2024 | X | X | Text message chain involving Scott Jenkins and Rick Rahim dated 2020 | | Rahim |
| 722 | | 12/12/2024 | X | X | Order for Rick Rahim firearm restoration records | | Rahim |
| 732 | | 12/12/2024 | X | X | Application for concealed handgun for Rick Rahim | | Rahim |
| 119 | | 12/12/2024 | X | X | Text message chain involving Scott Jenkins and Rick Rahim dated 2019 | | Rahim |
| 731 | | 12/12/2024 | X | X | Rick Rahmin's Permit to carry a concealed handgun | | Rahim |
| 510 | | 12/12/2024 | X | X | CCSO helicopter pilot card issued to Rick Rahim. (photo of the card. Actual card (Ex 439) shown to witness.) | | Rahim |
| 439 | | 12/12/2024 | X | X | CSCO helicopter pilot card issued to Rick Rahim. (Actual card) | | Rahim |
| 432 | | 12/12/2024 | X | X | Rick Rahim taking oath (photo) | | Rahim |
| 108 | | 12/12/2024 | X | X | Text message chain involving Scott Jenkins, Kevin Rychlik, and Rick Rahim dated 5/27/2021 to 6/30/2021 | | Rahim |
| 507 | | 12/12/2024 | | | CCSO Badge issued to Rick Rahim; NOTE: actual badge not taken into evidence. | | Rahim |
| 508 | | 12/12/2024 | | | CCSO Identification card issued to Rick Rahim. NOTE: actual badge not taken into evidence | | Rahim |
| 509 | | 12/12/204 | | | CCSO Badge issued to Rick Rahim. NOTE: actual badge not taken into evidence | | Rahim |
| 446 | | 12/12/2024 | X | X | Photo of Rick Rahim Sheriff ID and Badge 2 | | Rahim |
| 511 | | 12/12/2024 | | | FIREARM-FN 509 SN:GKS0010593 issued to Rick Rahim (photo of same gun at Ex 447) NOTE: not taken into evidence. | | Rahim |
| 447 | | 12/12/2024 | X | X | photo of firearm at Ex 511 NOTE: Actual firearm NOT taken into evidence | | Rahim |
| 437 | | 12/12/2024 | X | X | Scott Jenkins and Rick Rahim at Biden Event | | Rahim |
| 114 | | 12/12/2024 | X | X | Email chain involving Rick Rahim and Fred Gumbinner dated 9/27/2019 | | Rahim |
| 125 | | 12/12/204 | X | X | Text message chain involving Scott Jenkins and Rick Rahim dated Oct 2019 re Voting | | Rahim |
| 115 | | 12/12/1204 | X | X | Text nmessage chain involving Rick Rahim, Kevin Rychlik, and Fred Gumbinner dated 12/23/20219 | | Rahim |
| 117 | | 12/12/2024 | X | X | Text message chain involving Rick Rahim, Kevin Rychlik, and Scott Jenkins dated 3/1/2021 | | Rahim |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                                                                 Page 2 of 2