✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

United States of America
V
Scott Howard Jenkins

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23cr00011

| PRESIDING JUDGE<br>Robert S. Ballou | | | PLAINTIFF'S ATTORNEY<br>Celia Choy, Lina Peng, Melanie Smith | | DEFENDANT'S ATTORNEY<br>Philip Andonian, Joseph Caleb | |
|---|---|---|---|---|---|---|
| TRIAL DATES<br>12/13/2024 | | | COURT REPORTER<br>Lisa Blair | | COURTROOM DEPUTY<br>Kelly Brown | |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
| x | | 12/13/2024 | | | Travis Owens, sworn | |
| 740 | | 12/13/2024 | x | x | Travis Owens note to file on Rahim firearms petition | Owens |
| x | | 12/13/2024 | | | Jennifer Weakley, sworn | |
| 738 | | 12/13/2024 | x | x | Court receipt to Rick Rahim for restoration of firearms | Weakley |
| 739 | | 12/13/2024 | x | x | Court receipt to Rick Rahim for restoration of firearms WITH NOTES | Weakley |
| x | | 12/13/2024 | | | Sylvia Renninger, sworn | |
| 734 | | 12/13/2024 | x | x | Court's granting of Rahim Concealed Handgun Permit | Renninger |
| x | | 12/13/2024 | | | Dale Durrer, sworn | |
| 728 | | 12/13/2024 | x | x | Rick Rahim Praecipe | Durrer |
| 123 | | 12/13/2024 | x | x | Text message chain involving Scott Jenkins and Dale Durrer dated 8/18/2020 | Durrer |
| x | | 12/13/2024 | | | David Myers, sworn | |
| 110 | | 12/13/2024 | x | x | Text message chain involving Scott Jenkins and David Myers dated 10/7/2022 | Myers |
| x | | 12/13/2024 | | | Bernard Feaganes, sworn | |
| 111 | | 12/13/2024 | | | Text message chain involving Scott Jenkins and Bernard Feaganes dated 10/22/2020 | Feaganes |
| 128 | | 12/13/2024 | x | x | Text message chain involving Scott Jenkins, Bernard Feaganes, and Pete Siebel dated Sept 2020 | Feaganes |
| x | | 12/13/2024 | | | Carson Beard, sworn | |
| x | | 12/13/2024 | | | Jaime Travis, sworn | |
| x | | 12/13/2024 | | | Fredric Gumbinner, sworn | |
| 431 | | 12/13/2024 | x | x | Photo of Fred Gumbinner and Bernard Feaganes | Gumbinner |
| 512 | | 12/13/2024 | x | x | CCSO Badge issued to Fred Gumbinner (physical exhibit) | Gumbinner |
| 513 | | 12/13/2024 | x | x | CCSO Identification card issued to Fred Gumbinner (Physical exhibit) | Gumbinner |
| 438 | | 12/13/2024 | x | x | Photo of Fred Gumbinner Sheriff ID and Badge (Physical Exhibits are 512 and 513) | Gumbinner |
| 36 | | 12/13/2024 | x | x | Audio recording dated 1/25/2023 | Gumbinner |
| | 2 | 12/13/2024 | x | x | Plea Agreement for Fredric Gumbinner | Gumbinner |
| x | | 12/13/2024 | | | David Jones, sworn | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 1 of 2

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

United States of America
v
Scott Howard Jenkins

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23cr00011

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|---|
| Robert S. Ballou | | | Celia Choy, Lina Peng, Melanie Smith | | | Philip Andonian, Joseph Caleb | |
| TRIAL DATES | | | COURT REPORTER | | | COURTROOM DEPUTY | |
| 12/13/2024 | | | Lisa Blair | | | Kelly Brown | |
|  |  |  |  |  |  |  |  |
|  | 1 | 12/12/2024 | x | x | Plea Agreement for Rick Rahim-marked and admitted on 12/12/2024 by Deft, just uploaded to BOX on 12/13/2024 | Rahim |
| 507 |  | 12/12/2024 | x | x | Auxillary Deputy Sheriff Badge- Rick Rahim--also in photo Ex 446 | Rahim |
| 508 |  | 12/12/2024 | x | x | CCSO Deputy Sheriff ID Card for Rick Rahim- also in photo Ex 446 | Rahim |
| 509 |  | 12/12/2024 | x | x | Deputy Sheriff Badge-Rick Rahim- also in photo Ex 439 | Rahim |
| 510 |  | 12/12/2024 | x | x | CCSO Helicopter Pilot Sheriff's ID Card- Rick Rahim- also in photo Ex 439 | Rahim |
|  |  |  |  |  |  |  |
| x |  | 12/13/2024 |  |  | Chad McKnight, sworn |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 2 of 2