# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
Day 5

**Case No.:** 3:23cr00011                **Date:** 12/17/2024

**Defendant:** Scott Howard Jenkins         **Counsel:** Philip Andonian, Joseph Caleb

TIME IN COURT: 8:54- 10:17; 10:32-12:18; 1:22-3:02; 3:15-5:27; 5:38-6:08
TOTAL TIME: 7hr 31 min

PRESENT:
| | |
|---|---|
| JUDGE: | Robert S. Ballou |
| Deputy Clerk: | Kelly Brown |
| Court Reporter: | Lisa Blair |
| U. S. Attorney: | Celia Choy, Lina Peng, Melanie Smith |
| USPO: | Angela George |
| Case Agent: | Scott Medearis, Andrew Clouser--FBI |

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. UC-2 "Mike", sworn | 1. Scott Jenkins, sworn |
| 2. Harry Carr, sworn | |
| 3. Don Miesle, sworn | |
| 4. Scott Medearis, sworn | |

PROCEEDINGS:

☒ Government presents evidence. No electronics allowed in the courtroom at this time. UC-2 "Mike", sworn. Ex 410, m/a. Ex 713, reviewed. Ex 424, m/a. Ex 26, m/a. Ex 425, m/a. Ex 521, m/a. Ex 441, m/a. Ex 27, m/a. Ex 28, m/a. Ex 29, m/a. Cross. No redirect. Witness excused. Restrictions removed. Harry Carr, sworn. Cross. No redirect. Don Miesle, sworn. No cross. Witness excused. Jury excused 10:16. Recess 10:17. Reconvene 10:32. Parties present. Jury returns 10:34. Scott Medearis, sworn. Ex 801, m/a. Ex 606, 607, 624, reviewed. Ex 804, m/a. Ex 805, published to jury and will be moved in at the end of presentation. Various previously admitted exhibits reviewed. Ex 412, m/a. Ex 413, m/a. Ex 806, m/a. Ex 718, reviewed. Ex 803, m/a. Jury excused 12:17. Witness remains under oath. Recess 12:18. Reconvene 1:22. Parties present. Jury returns 1:25. No cross. Witness steps down. Gov moves in two stipulations, Court Exhibits 1 and 2, marked and admitted.

☒ Government rests. Jury recessed 1:28.

☒ Defendant makes Motion for Judgment of Acquittal. Gov objects.
Court ☐ grants ☐ denies ☒ takes under advisement.

☒ Defendant presents evidence. Deft intends to call on Scott Jenkins. Court addresses defendant. Jury returns 1:35. Scott Jenkins, sworn. Jury excused 3:01. Court addresses parties. Witness still under oath. Recess 3:02. Reconvene 3:15. Parties present. Jury returns 3:16. Cross. Ex 725, reviewed. Ex 723, reviewed. Ex 112, reviewed. Ex 119, reviewed. Ex 120 reviewed. Ex 32 reviewed. Ex 33B reviewed. Ex 33A reviewed. Ex 105 reviewed. Ex 106 reviewed. Jury excused 5:26. Recess 5:27. Reconvene 5:38. Jury returns 5:42. Cross continues. Court addresses jury. Jury wishes go home and come back in the morning. Jurors instructed to arrive at 10am in the morning, and will start with redirect and get any further evidence in. Jury excused for the evening 5:51. Court addresses parties regarding jury instructions. Parties to be present by 9am and ready to go.
Adjourned 6:08

☒ Defendant remains on bond.

Additional Information:
Parties present and represented by counsel.
Witnesses remain excluded from the courtroom.
Housekeeping matters taken up. Discussion of jury instructions and guilty form.
Jury returns 8:59.