✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

United States of America
v
Scott Howard Jenkins

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23cr00011

| PRESIDING JUDGE<br>Robert S. Ballou | | | PLAINTIFF'S ATTORNEY<br>Celia Choy, Lina Peng, Melanie Smith | | DEFENDANT'S ATTORNEY<br>Philip Andonian, Joseph Caleb | |
|---|---|---|---|---|---|---|
| TRIAL DATES<br>12/17/2024 | | | COURT REPORTER<br>Lisa Blair | | COURTROOM DEPUTY<br>Kelly Brown | |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
| x | | 12/17/2024 | | | UC-2 "Mike", sworn | |
| 410 | | 12/17/2024 | x | x | UC-2 bribe cash | UC-2 |
| 424 | | 12/17/2024 | x | x | UC-2 taking oath | UC-2 |
| 26 | | 12/17/2024 | x | x | Audio recording dated 12/28/2022 | UC-2 |
| 425 | | 12/17/2024 | x | x | UC-2 receiving badge | UC-2 |
| 521 | | 12/17/2024 | x | x | CCSO badge issued to Michael | UC-2 |
| 441 | | 12/17/2024 | x | x | Photo of Michael Sheriff ID and Badge | UC-2 |
| 27 | | 12/17/2024 | x | x | Audio recording dated 12/28/2022 | UC-2 |
| 28 | | 12/17/2024 | x | x | Audio recording dated 12/28/2022 | UC-2 |
| 29 | | 12/17/2024 | x | x | Audio recording dated 12/28/2022 | UC-2 |
| x | | 12/17/2024 | | | Harry Carr, sworn | |
| x | | 12/17/2024 | | | Don Miesle, sworn | |
| x | | 12/17/2024 | | | Scott Medearis, sworn | |
| 801 | | 12/17/2024 | x | x | Reported Contributions to Scott Jenkins for Sheriff January 2015-Aigis 2019 | Medearis |
| 804 | | 12/17/2024 | x | x | Scott Jenkins Personal Finances Around September 2019 | Medearis |
| 805 | | 12/17/2024 | x | x | Bribe Payors Summary | Medearis |
| 412 | | 12/17/2024 | x | x | Jenkins at Dulles Gun Expo | Medearis |
| 413 | | 12/17/2024 | x | x | Case used at Dulles Gun Expo | Medearis |
| 806 | | 12/17/2024 | x | x | Jenkins Cash Flow | Medearis |
| 803 | | 12/17/2024 | x | x | September 19, 2019 Jenkins and Rahim Steak Dinner | Medearis |
| | | | | | | |
| Court Ex. 1 | | 12/17/2024 | x | x | Stiplulation 1, agreed upon by parties | |
| Court Ex. 2 | | 12/17/2024 | x | x | Stipluation 2, agreed upon by parties | |
| | | | | | | |
| | x | 12/17/2024 | | | Scott Jenkins, sworn | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                Page 1 of 1