# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
### Day 6

| | |
|---|---|
| Case No.: 3:23cr00011 | Date: 12/18/2024 |

**Defendant:** Scott Howard Jenkins       **Counsel:** Philip Andonian, Joseph Caleb

TIME IN COURT: 9:06-10:11; 10:32-11:09; 11:41-12:56; 1:53-3:44; 4:01-4:55; 6:07-7:33; 7:36-7:45
TOTAL TIME: 7hr 17 min

PRESENT:
- JUDGE: Robert S. Ballou
- Deputy Clerk: Kelly Brown
- Court Reporter: Lisa Blair
- U. S. Attorney: Celia Choy, Lina Peng, Melanie Smith
- USPO: Angela George
- Case Agent: Scott Medearis, Andrew Clouser--FBI

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. Scott Jenkins, sworn |

PROCEEDINGS:
- ☒ Defendant continues with evidence. Redirect. Scott Jenkins, sworn. Witness excused.
- ☒ Defendant rests. Jury excused 11:01. Court addresses parties.
- ☒ Defendant renews Motion for Judgment of Acquittal. Court finds that there has been sufficient evidence presented as to all counts as stated on the record.
  Court ☐ grants ☒ denies ☐ takes under advisement.
- ☒ Jury Instructions given to Jury. Jury recessed 12:54. Instruction 51 edited to read: "…four essential elements…." Parties recessed 12:56.
- ☒ Closing arguments. Jury excused 3:44. Recess 3:44. Reconvene 3:59. Parties present. Jury returns 4:01. Gov rebuttal. Court instructs jury and reviews the verdict form.
- ☒ Jury retires to deliberate at 4:35. Alternate jurors released.
- ☒ Jury returns at 7:02.
- ☒ Jury Verdict: Guilty on all counts
  - ☒ Jury polled.
- ☒ Special Jury Verdict for regarding forfeiture.
  - ☒ Jury polled.

- ☒ Motions after verdict Gov moves for remand at this time citing 18 USC 3143. Deft response. Rebuttal. Court addresses parties. Defendant is NOT to possess a firearm. If he visits his brother, where his firearms are located, deft's brother is to lock them up so that deft does not have access. Deft is to continue counseling, and continue to provide medical authorizations. Gov motion denied at this time.
- ☒ Sentencing set for 3/31/2025 at 1pm.
- ☒ Court orders Presentence Report.
- ☒ Defendant to remain on bond.

Additional Information:

Parties present and represented by counsel.

Housekeeping matters taken up. Court reviews some minor changes made to the jury instructions. Parties would like to address the jury note from last night. Court addresses parties. Court reviews jury instructions with parties. Agreed modifications to preliminary instructions 1-26, accepted by Court. Substantive instructions reviewed, starting at #27. Recess 10:11. Reconvene 10:32. Parties present. Voir dire conducted of juror who wrote note.

Jury returns 10:42.

Recess 11:09

Reconvene 11:41

Jury instructions #1-57 along with verdict form have been given to the parties. Court addresses parties. No objections or additional instructions to be given by Gov. No objections or additional instructions to be given by Deft.

Jury returns 11:45

Reconvene 1:53

Jury returns 1:56

Discussion of Forfeiture with parties.

Court addresses parties.

Recess 4:55

Reconvene 6:07. Parties present. Jury question #1, unsigned dated today at 5:54pm. Jury returns 6:44. Court addresses jury and reads the written response and will send a copy back into the jury room. Jury recessed 6:48. Court addresses parties. Gov to add speakers to the audio clips descriptions.

Special Jury Verdict for regarding forfeiture presented to jury. Gov addresses jury. Nothing from the Deft. Court explains the Special Jury Verdict form. Jury excused 7:21. Court addresses parties.

Recess 7:33

Reconvene 7:36

Jury returns 7:37

Jury excused 7:45.

Adjourned.

7:45