# EXHIBIT 2

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

How many initial shirts are you thinking of ordering? I'll try to get competitive prices to compare to your guy.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 1:01:46 PM(UTC+0) | |

**Status:** Read

12/23/2019 1:01:40 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181B54D (Table: message, handle, chat; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Sorry got busy. I'm guessing a hundred of each size to start and maybe a hundred hats.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:28:37 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:28:37 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181C3CD (Table: message, chat, handle; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

You don't think you'll sell a whole lot more than that?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 2:33:37 PM(UTC+0) | |

**Status:** Read

12/23/2019 2:33:04 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181DF8D (Table: message, handle, chat; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Oh yea I think that'll go well and pretty fast. That's just to get some printed for online order
pics and have some available to sell locally at republican headquarters in town. I really can't
guess on numbers online across state though once we publicize .... I'm thinking a thousand
will go quick cause they're expecting 30-40,000 at capital lobby day on January 20

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:36:10 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:36:10 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181DCE1 (Table: message, chat, handle; Size:
495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Yes, I agree that 1,000 is a very safe order. You should easily sell 1,000.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 2:36:53 PM(UTC+0) | |

**Status:** Read

12/23/2019 2:36:53 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181D424 (Table: message, handle,
chat; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

So let's get the best price on 1,000 and order 1,000. We can make money together. I'll
finance it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 2:37:18 PM(UTC+0) | |

**Status:** Read

12/23/2019 2:37:17 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181EF8D (Table: message, handle, chat; Size:
495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

My guy can do them for $5.01 a shirt up to XL and add 2.75 each for sizes above that if we do a thousand

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:37:45 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:37:44 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181EC7F (Table: message, chat, handle; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Sounds great.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:38:07 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:38:07 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181E9AD (Table: message, chat, handle; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

That's a very fair price.   $5k no problem for me to front.  Question is whether we'll wish we printed more….

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 2:38:35 PM(UTC+0) | |

**Status:** Read

12/23/2019 2:38:30 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181E51A (Table: message, handle, chat; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

I've got a trump hat I can snap a pic for for don't look

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:38:35 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:38:35 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181E792 (Table: message, chat, handle; Size: 495099904 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Lol. I hope we do!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:38:56 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:38:56 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181E1F4 (Table: message, chat, handle; Size: 495099904 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

That price is for white in on a red shirt — one side only, or both sides?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 2:39:28 PM(UTC+0) | |

**Status:** Read

12/23/2019 2:39:28 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181FF8D (Table: message, handle, chat; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

"White ink"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:39:34 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:39:33 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x181FCC1 (Table: message, handle, chat; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

But my guy can do a couple thousand in a week if needed and if you've got other vendors too then I think we can do well on not keeping people waiting long

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:39:53 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:39:53 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x181FA6E (Table: message, chat, handle; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Yes white letters on red

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:40:11 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:40:11 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x181F730 (Table: message, chat, handle; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

I'm guessing one side but I'll ask

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:40:24 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:40:24 PM(UTC+0)

Source Info:
00008030-00091D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x181F4FF (Table: message, chat, handle; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Let's keep it with your guy.  His price is very fair and you should eep your business in your community whenever possible.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 2:40:40 PM(UTC+0) | |

**Status:** Read

12/23/2019 2:40:40 PM(UTC+0)

Source Info:
00008030-00091D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1820F8D (Table: message, handle, chat; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Since it's winter I'm worried hats migh my be the big seller though. They take more time to prudence

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:41:00 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:41:00 PM(UTC+0)

Source Info:
00008030-00091D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1820C5B (Table: message, chat, handle; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Produce

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:41:04 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:41:04 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1820989 (Table: message, chat, handle; Size: 495099904 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Do you think you should add a small tag line "Sheriff Scott Jenkins says…. Make Virginia
Great Again!" Keep in mind you need to be branding yourself….

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 2:46:54 PM(UTC+0) | |

**Status:** Read

12/23/2019 2:44:12 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x182077A (Table: message, handle, chat; Size:
495099904 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

**Attachments:**



Title: url.jpeg
Size: 59548
File name: ~/Library/SMS/Attachments/ba/10/06D0ECE0-D8F0-457E-902A-
C63897FF1A60/url.jpeg
~/Library/SMS/Attachments/ba/10/06D0ECE0-D8F0-457E-902A-
C63897FF1A60/url.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:46:54 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:44:32 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x18203FE (Table: message, handle, attachment, chat; Size: 495099904 bytes)
00008030-
00091 0D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/ba/10/06D0EC
E0-D8F0-457E-902A-C63897FF1A60/url.jpeg :  (Size: 59548 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

**Attachments:**



Title: Screenshot 2019-12-23 09.45.09.jpeg
Size: 61661
File name: ~/Library/SMS/Attachments/de/14/FA813481-842B-46E7-9A64-
00D2D18EED83/Screenshot 2019-12-23 09.45.09.jpeg
~/Library/SMS/Attachments/de/14/FA813481-842B-46E7-9A64-
00D2D18EED83/Screenshot 2019-12-23 09.45.09.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:46:54 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:45:44 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1821F8D (Table: message, handle, attachment, chat; Size: 495099904 bytes)
00008030-
000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/de/14/FA8134
81-842B-46E7-9A64-00D2D18EED83/Screenshot 2019-12-23 09.45.09.jpeg : (Size: 61661
bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

What do you t think of the red hat but with the scrambled eggs on it?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 2:46:54 PM(UTC+0) | |

**Status:** Read

12/23/2019 2:46:44 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1821A25 (Table: message,
handle, chat; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

**Attachments:**



Title: imgres.jpeg
Size: 13397
File name: ~/Library/SMS/Attachments/ce/14/010C3ECE-23D9-43BE-9414-
25D3553B5A67/imgres.jpeg
~/Library/SMS/Attachments/ce/14/010C3ECE-23D9-43BE-9414-
25D3553B5A67/imgres.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | | |

**Status:** Read

12/23/2019 2:46:45 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x18217BD (Table: message, handle, attachment, chat; Size: 495099904 bytes)
00008030-
000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/ce/14/010C3E
CE-23D9-43BE-9414-25D3553B5A67/imgres.jpeg : (Size: 13397 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Hmmm. Haven't thought of that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:47:49 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:47:49 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x182144A (Table: message, chat, handle; Size: 495099904 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Don't like the eggs though

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:47:57 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:47:57 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x182120B (Table: message, chat, handle; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

I like the flag look

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:48:06 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:48:06 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1822F5D (Table: message, chat, handle; Size: 495099904 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

I did that on my shirts sleeves.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:48:18 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:48:18 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1822D64 (Table: message, chat, handle; Size: 495099904 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

**Attachments:**



Title: Messages Image(259166834).jpeg
Size: 49775
File name: ~/Library/SMS/Attachments/20/00/D9D5EFE6-9177-49B2-AB39-
112CA5D195C1/Messages Image(259166834).jpeg
~/Library/SMS/Attachments/20/00/D9D5EFE6-9177-49B2-AB39-
112CA5D195C1/Messages Image(259166834).jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:49:39 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:49:22 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1822480 (Table: message, handle, attachment, chat; Size: 495099904 bytes)
00008030-
000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/20/00/D9D5EF
E6-9177-49B2-AB39-112CA5D195C1/Messages Image(259166834).jpeg : (Size: 49775
bytes)

167

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

**Attachments:**



Title: Messages Image(2328791593).jpeg
Size: 142744
File name: ~/Library/SMS/Attachments/ca/10/E3FE33E1-97EB-4273-B6E1-
664DF4A9F952/Messages Image(2328791593).jpeg
~/Library/SMS/Attachments/ca/10/E3FE33E1-97EB-4273-B6E1-
664DF4A9F952/Messages Image(2328791593).jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:54:30 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:54:16 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1823D63 (Table: message, handle, attachment, chat; Size: 495099904 bytes)
00008030-
0009 10D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/ca/10/E3FE33
E1-97EB-4273-B6E1-664DF4A9F952/Messages Image(2328791593).jpeg : (Size: 142744
bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

**Attachments:**



Title: Messages Image(375155001).jpeg
Size: 140866
File name: ~/Library/SMS/Attachments/eb/11/E67ADB53-C423-4D7D-BFF1-
79A449C659F5/Messages Image(375155001).jpeg
~/Library/SMS/Attachments/eb/11/E67ADB53-C423-4D7D-BFF1-
79A449C659F5/Messages Image(375155001).jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:56:02 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:55:30 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x18237DD (Table: message, handle, attachment, chat; Size: 495099904 bytes)
00008030-
0009 10D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/eb/11/E67ADB
53-C423-4D7D-BFF1-79A449C659F5/Messages Image(375155001).jpeg : (Size: 140866
bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

**Attachments:**



Title: Messages Image(3521217431).jpeg
Size: 141948
File name: ~/Library/SMS/Attachments/d9/09/0AB0FFB1-A89D-4894-B139-
FDD3CC970C5B/Messages Image(3521217431).jpeg
~/Library/SMS/Attachments/d9/09/0AB0FFB1-A89D-4894-B139-
FDD3CC970C5B/Messages Image(3521217431).jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:56:31 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:56:19 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x18248F4 (Table: message, handle, attachment, chat; Size: 495099904 bytes)
00008030-
000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/d9/09/0AB0FF
B1-A89D-4894-B139-FDD3CC970C5B/Messages Image(3521217431).jpeg : (Size: 141948
bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Just some ideas....

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:56:33 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:56:32 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x18243A0 (Table: message, handle, chat; Size: 495099904 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Hmmm. I think last one looks best to me. And like just the name like that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:57:01 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:57:01 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1825F8D (Table: message, chat,
handle; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

I agree!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:57:08 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:57:08 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1825CF9 (Table: message, handle, chat; Size: 495099904 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Name at bottom right under AGAIN

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:57:19 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:57:18 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x182585D (Table: message, handle, chat; Size: 495099904 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Yea I like that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:57:34 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:57:34 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1825SE8 (Table: message, chat, handle; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Well there we go.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:57:49 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:57:45 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x18253C9 (Table: message, handle, chat; Size: 495099904 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Same for shirts.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 2:58:16 PM(UTC +0) | |

**Status:** Read

12/23/2019 2:58:16 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1826F8D (Table: message, handle, chat; Size: 495099904 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Yea

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 2:58:43 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 2:58:42 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x1826B25 (Table: message, chat, handle; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

For hats, do. You want mesh backs or solid cloth all the way around the back?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 3:00:37 PM(UTC+0) | |

**Status:** Read

12/23/2019 3:00:27 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1827B0F (Table: message, handle, chat; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

I suggest solid, but they cost more

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 3:00:48 PM(UTC +0) | |

**Status:** Read

12/23/2019 3:00:48 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x182783F (Table: message, handle, chat; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Solid is what people seem to like

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 3:00:50 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 3:00:50 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x18275C4 (Table: message, chat, handle; Size: 495099904 bytes)

172

From: +17036250100 Rick Rahim
To: +17036250100 Rick Rahim

Laura recommend putting a "TM" right after the word "Again"

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +17036250100 Rick Rahim | 12/23/2019 5:53:30 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 5:53:30 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1832A43 (Table: message, chat, handle; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Do you own the trademark?  Send me paperwork please.  Need to know if you own trademark or just copyright.

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +15408279617 | | 12/23/2019 6:20:50 PM(UTC+0) | |

**Status:** Read

12/23/2019 6:20:39 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x183357B (Table: message, handle, chat; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Email and text on way

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +17036250100 Rick Rahim | 12/23/2019 6:32:25 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 6:32:25 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1834F8D (Table: message, chat, handle; Size: 495099904 bytes)

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

Perfect!  You have an active trademark application.  You are golden.  Well done!  I really suggest you trademark all other states.  Could be a huge windfall for you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/2019 6:47:50 PM(UTC+0) | |

**Status:** Read

12/23/2019 6:43:32 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1834D62 (Table: message, handle, chat; Size: 495099904 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

So yes, we'll put ™ on the ogo.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 6:47:50 PM(UTC +0) | |

**Status:** Read

12/23/2019 6:43:45 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x18349BE (Table: message, handle, chat; Size: 495099904 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

logo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/23/20 19 6:47:50 PM(UTC +0) | |

**Status:** Read

12/23/2019 6:43:48 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1834743 (Table: message, handle, chat; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Ok great. good to know it's right.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 6:48:30 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 6:48:30 PM(UTC+0)

Source Info:
00006030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x18342AF (Table: message, chat, handle; Size: 495099904 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

**Attachments:**



Title: Screenshot_20191223-145900_Drive1.jpg
Size: 193756
File name: ~/Library/SMS/Attachments/73/03/CEACBC2B-ED97-44D8-8F2C-
4881638F0989/Screenshot_20191223-145900_Drive1.jpg
~/Library/SMS/Attachments/73/03/CEACBC2B-ED97-44D8-8F2C-
4881638F0989/Screenshot_20191223-145900_Drive1.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 8:14:33 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 8:14:32 PM(UTC+0)

Source Info:
00006030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x183D61F (Table: message, chat, attachment, handle; Size: 495099904 bytes)
00006030-
000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/73/03/CEACB
C2B-ED97-44D8-8F2C-4881638F0989/Screenshot_20191223-145900_Drive1.jpg : (Size:
193756 bytes)

---

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

He can have them ready Monday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 8:14:42 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 8:14:42 PM(UTC+0)

Source Info:
00006030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x183EF8D (Table: message, chat, handle; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

He's got a 30k piece order from the Charlotte Hornets to do now and he's going to get mine done ASAP and will always put us first on getting us done ASAP next couple months as we need them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 8:18:46 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 8:18:46 PM(UTC+0)

Source Info:
00006030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x183E36A (Table: message, chat, handle; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

**Attachments:**



Title: Screenshot_20191223-153408_Drive1.jpg
Size: 203541
File name: ~/Library/SMS/Attachments/20/00/31C4C7E7-E77E-49DA-B397-882077C2FD72/Screenshot_20191223-153408_Drive1.jpg
~/Library/SMS/Attachments/20/00/31C4C7E7-E77E-49DA-B397-882077C2FD72/Screenshot_20191223-153408_Drive1.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 8:37:00 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 8:36:59 PM(UTC+0)

Source Info:
00006030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1840D7A (Table: message, chat, attachment, handle; Size: 495099904 bytes)
00006030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/20/00/31C4C7E7-E77E-49DA-B397-882077C2FD72/Screenshot_20191223-153408_Drive1.jpg : (Size: 203541 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

Added the USA image on side of hats

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 8:37:20 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 8:37:20 PM(UTC+0)

Source Info:
00006030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1840823 (Table: message, chat, handle; Size: 495099904 bytes)

From: +15408279617 (owner)
To: +17036250100 Rick Rahim

**Attachments:**



Title: IMG_1600.HEIC
Size: 1706322
File name: ~/Library/SMS/Attachments/b5/05/63BEBA8D-81EF-4817-8FBC-
722BCBFE9A75/IMG_1600.HEIC
~/Library/SMS/Attachments/b5/05/63BEBA8D-81EF-4817-8FBC-
722BCBFE9A75/IMG_1600.HEIC

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17036250100 Rick Rahim | 12/23/2019 8:41:27 PM(UTC+0) | | |

**Status:** Sent

12/23/2019 8:41:24 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x18408DC (Table: message, chat, attachment, handle; Size: 495099904 bytes)
00008030-
000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/b5/05/63BEBA
8D-81EF-4817-8FBC-722BCBFE9A75/IMG_1600.HEIC :  (Size: 1706322 bytes)

---

From: +17036250100 Rick Rahim
To: +15408279617 (owner)

What a mature Amazon business looks like...

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15408279617 | | 12/24/20 19 3:40:38 PM(UTC +0) | |

**Status:** Read

12/24/2019 3:20:30 PM(UTC+0)

Source Info:
00008030-000910D602B8802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x184FD56 (Table: message, handle, chat; Size: 495099904 bytes)