# EXHIBIT 3

| | |
|---|---|
| **From:** | Robert Ballou |
| **To:** | Phil Andonian; Choy, Celia (CRM); Peng, Lina (CRM); Smith, Melanie (USAVAW); Joseph Caleb |
| **Cc:** | Campbell Curry-Ledbetter |
| **Subject:** | [EXTERNAL] RE: U. S. V. Jenkins - 3:23cr11 |
| **Date:** | Wednesday, November 13, 2024 10:04:14 AM |
| **Attachments:** | image003.png |

Counsel:

Thank you for providing this information.

I am excusing Mr. Jenkins from the hearing set at 11:00 this morning.



**Robert S. Ballou**
United States District Judge

**United States District Court**
**Western District of Virginia**

**Phone**: 540-857-5158
**Mobile**: 540-492-1221
**Email**: Robert_Ballou@vawd.uscourts.gov

210 Franklin Rd. SW
Suite 344
Roanoke, VA 24011

**vawd.uscourts.gov**

---

**From:** Phil Andonian <phil@calebandonian.com>
**Sent:** Wednesday, November 13, 2024 9:27 AM
**To:** Robert Ballou <RobertB@vawd.uscourts.gov>; celia.choy@usdoj.gov; lina.peng@usdoj.gov; melanie.smith@usdoj.gov; Joseph Caleb <joe@calebandonian.com>
**Cc:** Campbell Curry-Ledbetter <Campbell_CurryLedbetter@vawd.uscourts.gov>
**Subject:** RE: U. S. V. Jenkins - 3:23cr11

**CAUTION - EXTERNAL:**

Good morning, Judge Ballou.

Thank you for the clarification about Mr. Jenkins's presence in court this morning.

We are requesting that Mr. Jenkins be excused from the hearing this morning. I have been in touch with him this morning, and he reports that he spoke to the nurse from his doctor's office about 45 minutes ago, and she advised that if his

blood pressure does not go down in an hour after he takes additional medication he was prescribed, which his wife was getting from the pharmacy at 9a, that he needs to go back to the emergency room. My concern is that he is not going to have time to take his medication, observe his blood pressure, and make it to court on time—or that he will not be available at all if he ends up having to re-admit himself to the hospital.

Additionally, I am providing you (and counsel) with Mr. Jenkins's medical records from his PCP, which we just received, as well as his discharge paperwork from the emergency room. Please see attached.

Best,

Phil


Philip Andonian | Member
CALEBANDONIAN PLLC
Main: 202.953.9850
Direct: 202.953.9848
Email: phil@calebandonian.com



Schedule a meeting with me: https://calendly.com/phil-calebandonian

---

**From:** Robert Ballou <RobertB@vawd.uscourts.gov>
**Sent:** Tuesday, November 12, 2024 8:21 PM
**To:** celia.choy@usdoj.gov; lina.peng@usdoj.gov; melanie.smith@usdoj.gov; Phil Andonian <phil@calebandonian.com>; Joseph Caleb <joe@calebandonian.com>
**Cc:** Campbell Curry-Ledbetter <Campbell_CurryLedbetter@vawd.uscourts.gov>
**Subject:** U. S. V. Jenkins - 3:23cr11

Counsel:

I appreciate everyone's patience and cooperation as we worked through the unexpected issues today.

I will look forward to seeing everyone tomorrow at 11:00 a.m. I write at this time to make clear that I have not excused the defendant's appearance tomorrow and expect him to be in court.

If this presents a problem, please let me know.

Robert S. Ballou

United States District Judge

540-857-5158 - office

540-492-1221 - cell

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Case 3:23-cr-00011-RSB-JCH   Document 298-3   Filed 03/13/25   Page 4 of 4
Pageid#: 3431