United States District Court for the __Western District of Virginia__

District of _____

Docket Number __3:23-cr-00011-RSB-JCH__

UNITED STATES OF AMERICA

      v.               )
                            )    Notice of Appeal
SCOTT HOWARD JENKINS  )

    __Scott Howard Jenkins_____(name all parties taking the appeal)*
appeal to the United States Court of Appeals for the __Fourth__ Circuit from the final judgment entered on _____March 21, 2025_____ (state the date the judgment was entered).

(s) __Philip Andonian_____

Attorney for __Scott Howard Jenkins__

Address: __1100 H Street, N.W., Ste. 315__

__Washington, D.C. 20005__

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

_____

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021  SCC